| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN L. PORTER, ESQ. (067177)<br>WHITEHEAD & PORTER<br>220 Montgomery Street, Suite 1850<br>San Francisco, California 94104 | (415) 781-6070 | |
| Attorneys for: APPLIED BIOSYSTEMS, LLC | Ref. No. Or File No.<br>W2566634 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
APPLIED BIOSYSTEMS, LLC

Defendant:
HOFFMANN-LA ROCHE, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 10-3096 RS |
|---|---|---|---|---|

I, J. Aldana, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ECF REGISTRATION; CLERK'S NOTICE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; RULE 7.1. STATEMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : HOFFMANN-LA ROCHE, INC., a New Jersey corporation |
| By Serving | : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process |
| Address | : 818 West 7th Street, Los Angeles, California 90017 |
| Date & Time | : Tuesday, October 12, 2010 @ 12:45 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
J. Aldana
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 5261
 (3) County: Los Angeles
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 12, 2010      Signature: J. Aldana