KEITH L. SLENKOVICH (STATE BAR NO. 129793)
keith.slenkovich@wilmerhale.com
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ROBERT J. GUNTHER, JR. (*pro hac vice application pending*)
ROSS E. FIRSENBAUM (*pro hac vice application pending*)
CRAIG R. HEEREN (*pro hac vice application pending*)
WILMER CUTLER PICKERING
HALE and DORR LLP
399 Park Avenue
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
HOFFMAN-LA ROCHE INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company | Case No. 3:10-CV-03096-RS |
| Plaintiff, | Hon. Richard Seeborg |
| v. | **NOTICE OF APPEARANCE** |
| HOFFMANN-LA ROCHE INC., a New Jersey corporation | |
| Defendant. | |

*(left margin, vertical text)* Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

NOTICE OF APPEARANCE          _____          CASE NO. 3:10-CV-03096-RS

**Wilmer Cutler Pickering Hale and Dorr LLP**
950 Page Mill Road
Palo Alto, CA 94304

1      To the Clerk of this Court and all parties of record:

2          Please enter my appearance as counsel in this case for Defendant Hoffmann-La

3 Roche Inc.  I certify that I am admitted to practice in this Court.

4

5      Dated: November 2, 2010         WILMER CUTLER PICKERING
         Palo Alto, California            HALE AND DORR LLP

6                                       1117 California Avenue

7                                       Palo Alto,  CA  94304

8

9                  By: _____/s/ Keith L. Slenkovich_____
                             Keith L. Slenkovich

10                              *Attorney for Defendant Hoffmann-La Roche Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE          ————————          CASE NO. 3:10-CV-03096-RS