1  KEITH L. SLENKOVICH (STATE BAR NO. 129793)
   keith.slenkovich@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE and DORR LLP
3  950 Page Mill Road
4  Palo Alto, CA 94304
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  ROBERT J. GUNTHER, JR. (*pro hac vice application pending*)
   ROSS E. FIRSENBAUM (*pro hac vice application pending*)
7  CRAIG R. HEEREN (*pro hac vice application pending*)
8  WILMER CUTLER PICKERING
   HALE and DORR LLP
9  399 Park Avenue
   Telephone: (212) 230-8800
10 Facsimile: (212) 230-8888

11 Attorneys for Defendant
12 HOFFMAN-LA ROCHE INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HOFFMANN-LA ROCHE INC., a New Jersey corporation<br><br>Defendant. | Case No. 3:10-CV-03096-RS<br><br>Hon. Richard Seeborg<br><br>**DEFENDANT HOFFMANN-LA ROCHE INC.'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-16** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(REED SMITH LLP — A limited liability partnership formed in the State of Delaware)

a)  Roche Holdings Inc.

b)  Roche Holding Ltd.

c)  F. Hoffman-La Roche Ltd.

d)  Roche Holdings AG

e)  Roche Molecular Systems, Inc.

f)  Novartis AG, a publicly-held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd's board of directors and does not in any way control Roche Holding Ltd or any of its subsidiaries.

DATED: November 2, 2010

By     /s/  Keith L. Slenkovich
Keith L. Slenkovich
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant Hoffman-La Roche Inc.*