KEITH L. SLENKOVICH (STATE BAR NO. 129793)
keith.slenkovich@wilmerhale.com
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ROBERT J. GUNTHER, JR. (*pro hac vice application pending*)
ROSS E. FIRSENBAUM (*pro hac vice application pending*)
CRAIG R. HEEREN (*pro hac vice application pending*)
WILMER CUTLER PICKERING
HALE and DORR LLP
399 Park Avenue
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
HOFFMAN-LA ROCHE INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HOFFMANN-LA ROCHE INC., a New Jersey corporation<br><br>Defendant. | Case No. 3:10-CV-03096-RS<br><br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HOFFMANN-LA ROCHE INC.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date: Thursday, December 9, 2010<br>Time: 1:30 p.m.<br>Courtroom: 3 |

Case No. 3:10-CV-03096-RS                                           [PROPOSED] ORDER GRANTING DEFENDANT
                                                                    HOFFMANN LA-ROCHE INC.'S MOTION TO
                                                                    DISMISS THE COMPLAINT

**[PROPOSED] ORDER**

The Court hereby GRANTS defendant Hoffmann-La Roche Inc.'s motion to dismiss. The Complaint filed by Plaintiff Applied Biosystems LLC is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____       _____

Hon. Richard Seeborg
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Case No. 3:10-CV-03096-RS         [PROPOSED] ORDER GRANTING DEFENDANT HOFFMANN LA-ROCHE INC.'S MOTION TO DISMISS THE COMPLAINT