

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HOFFMANN-LA ROCHE INC., a New Jersey corporation<br><br>Defendant. | CASE NO. 3:10-CV-03096-RS<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Robert J. Gunther, Jr.                                      , whose business address and telephone number is

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, (212) 230-8800

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Hoffmann-La Roche Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   11/4/10

Hon. Richard Seeborg
United States District    Judge