*E-Filed 11/4/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLIED BIOSYSTEMS, LLC, a
Delaware limited liability company

        Plaintiff,

   v.

HOFFMANN-LA ROCHE INC., a New
Jersey corporation

        Defendant.

CASE NO. 3:10-CV-03096-RS

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Craig R. Heeren, whose business address and telephone number is Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, (212) 230-8800

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Hoffmann-La Roche Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 11/4/10

_____
Hon. Richard Seeborg
United States District Judge