KEITH L. SLENKOVICH (STATE BAR NO. 129793)
keith.slenkovich@wilmerhale.com
WILMER CUTLER PICKERING
HALE and DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ROBERT J. GUNTHER, JR. (*pro hac vice*)
ROSS E. FIRSENBAUM (*pro hac vice*)
CRAIG R. HEEREN (*pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
HOFFMAN-LA ROCHE INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HOFFMANN-LA ROCHE INC., a New Jersey corporation<br>Defendant. | Case No. 3:10-CV-03096-RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION HEARING, EXTEND OPPOSITION AND REPLY DEADLINES, AND CHANGE CASE MANAGEMENT CONFERENCE TIME**<br><br>Current Date: Thursday, December 9, 2010<br>Time: 1:30 p.m.<br>Courtroom: 3<br><br>**Requested Date**: Thursday, January 6, 2011 |

WHEREAS on November 2, 2010, Defendant Hoffmann-La Roche Inc. ("Roche") filed a motion to dismiss the complaint, and noticed a hearing date of December 9, 2010; and,

WHEREAS pursuant to Local Rule 7-3, the deadline for Plaintiff Applied Biosystems, LLC ("AB") to file an opposition to the motion to dismiss is November 18, 2010 and the deadline for Roche to file a reply in support of the motion to dismiss is November 25, 2010; and,

WHEREAS a Case Management Conference is currently scheduled in this case for January 6, 2011 at 10:00 a.m.; and,

WHEREAS counsel for both parties have conferred and agree that an extension of the motion to dismiss hearing date to January 6 would be beneficial, and that it would be more efficient to hold the motion hearing simultaneously with the previously scheduled Case Management Conference; and,

WHEREAS counsel for both parties agree that, pursuant to Local Rule 7-7(d), the deadlines to file an opposition and reply are extended to no later than 21 and 14 days, respectively, before the new hearing date; and,

WHEREAS counsel also request that the time for the Case Management Conference be moved from 10:00 a.m. to 1:30 p.m. on January 6, 2011 so that it may be held in conjunction with the Motion to Dismiss hearing; therefore,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for AB and Roche that the parties respectfully request that the Court enter the accompanying [Proposed] Order rescheduling the hearing on the motion pending in this case to January 6, 2011 at 1:30 p.m., and that the Case Management Conference be moved from 10:00 a.m. to 1:30 p.m. on January 6, 2011.

Respectfully submitted,

DATED: November 17, 2010

WILMER CUTLER PICKERING
HALE AND DORR LLP

_____/S/_____
Keith L. Slenkovich

Counsel for defendant,
HOFFMANN-LA ROCHE INC.

DATED: November 17, 2010                    WHITEHEAD & PORTER LLP

/S/
_____
Stephen L. Porter

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 17th day of November at Palo Alto, California.

/S/
_____
Keith L. Slenkovich

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Case No. 10-CV-3096 RS                    STIPULATION TO RESCHEDULE MOTION HEARING

## [PROPOSED] ORDER

The Court hereby GRANTS the parties' stipulated request to reschedule the hearing on the motion to dismiss filed by Defendant Hoffmann-La Roche Inc., extend the deadlines to file opposition and reply briefs as provided by Local Rule 7-7(d), and move the Case Management Conference time.

The motion hearing previously scheduled for December 9, 2010 at 1:30 p.m., is now rescheduled to January 6, 2011 at 1:30 p.m. Plaintiff's opposition brief is due no later than December 16, 2010. Defendant's reply brief is due no later than December 23, 2010.

The Case Management Conference previously scheduled for January 6, 2011 at 10:00 a.m., is now rescheduled to January 6, 2011 at 1:30 p.m.

_____.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 11/18/10

Hon. Richard Seeborg
United States District Judge

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Case No. 10-CV-3096 RS                [PROPOSED] ORDER TO RESCHEDULE MOTION HEARING