STEPHEN L. PORTER – SBN 067177
WHITEHEAD & PORTER LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104
Telephone:   (415) 781-6070
Facsimile:    (415) 788-6521

ADAM M. TSCHOP – SBN 209767
APPLIED BIOSYSTEMS, LLC
850 Lincoln Centre Drive
Foster City, CA 94043
Telephone:   (650) 570-6667
Facsimile:    (650) 554-2935

Attorneys for Plaintiff
Applied Biosystems, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED BIOSYSTEMS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HOFFMANN-LA ROCHE INC., a New Jersey corporation<br><br>Defendant. | Case No.: 10-CV-3096 RS<br><br>**VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE UNDER FRCP 41(a)(1)** |

Plaintiff Applied Biosystems, LLC, voluntarily dismisses the Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  Dec. 10, 2010                                                      Whitehead & Porter LLP

By:  /s/ Stephen L. Porter
Stephen L. Porter
Attorneys for Plaintiff
Applied Biosystems, LLC.

1

VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE UNDER FRCP 41(a)(1); Case No.: 10-CV-3096 RS